[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 16-11573
Non-Argument Calendar
_____

D.C. Docket No. 6:14-cv-00966-RDP

GINA MAREA PHILLIPS,

Plaintiff-Appellee,

versus

JAMES BROWNE,

Defendant-Appellant,

JOHN MARK TIREY, et al.,

Defendants.

_____

Appeal from the United States District Court
for the Northern District of Alabama
_____

(October 19, 2016)

Before TJOFLAT, HULL, and MARCUS, Circuit Judges.

PER CURIAM:

Jim Browne, a law enforcement officer, appeals the District Court's March 9, 2016, order denying his motion for summary judgment---based on the defense of qualified immunity---on Gina Marea Phillips's claims of excessive force and unlawful seizure brought under 42 U.S.C. § 1983.  Doc. 33.  After reading the parties' briefs and the record before the District Court, we find no basis for disturbing the Court's order.

AFFIRMED.